IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA MOLINARY,<br>    Plaintiff,<br><br>v.<br><br>FARHOD KOSIMOV,<br>ZEEGOT LOGISTICS, LLC and<br>WHITE WAY, LLC,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  25-1580 |

**O R D E R**

**AND NOW**, this 2nd day of November, 2025, upon review of Plaintiff Maria Molinary's ("Plaintiff") Motion to Remand (ECF No. 12) following removal to this Court by Defendants Farhod Kosimov ("Kosimov") and Zeegot Logistics, LLC ("Zeegot") and responses thereto (ECF Nos. 14, 15), it is **HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and Plaintiff's claims are **REMANDED** to the Philadelphia Court of Common Pleas.

             BY THE COURT:

             /s/ Kelley B. Hodge
             _____
             HODGE, KELLEY B., J.